UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT GARCON,

                        Plaintiff,                          24-cv-624 (LJL)

      -against-                                        **ORDER**

BANK OF AMERICA NA, et al,

                        Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In light of Plaintiff Robert Garcon's voluntary dismissal of his action against Defendants Bank of America NA, et al. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with prejudice (ECF No. 24), the pre-settlement conference scheduled for **Thursday, June 27, 2024 at 10:00 a.m.** is hereby canceled.

              SO ORDERED.

DATED:     New York, New York
               June 24, 2024

                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge